To The Federal Courts
From My Inmate Wayne Miller Jr

Case 7:23-cv-00034-O   Document 1   Filed 04/06/23   Page 1 of 8   PageID 1

7-23CV-034-O   3-24-23
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR -6 2023
CLERK, U.S. DISTRICT COURT
By_____ Deputy

I Bring This To The Courts Because It's All I Can Do Being That I Don't Know What Else To Do And I Don't Know What Rank, Wardens And Officer's Are Dirty, But I Do Know For A Fact That Gang Member 19-D-57-Cell Lil Cuntis Has His Daddy Send Money To People And The Dope Get's Droped Off By The Officer's And Offender's In Population Bring It Back Here To Him "FACT" He's Out Of Houston, Tx Just Like 19-D-68-Cell Is Out Of Houston, Tx And A Gang Member And Kitchen Worker's, Property SSI Worker, SegSSI Worker, Law Library, Chaplin Worker's, Maint's Worker's And Dirty Officer's Drop Off All The Meth-Ice, K-2, Embalming Fluid Strip Sheet's And Strip Cards, Now The Paper Trail Will Show Where 19-D-57-Cell's Daddy Is Sending The Money That Is Being Used For Buying Drug's To Be Smuggled Into The Texas Dept Of Criminal Justice By The Dirty Officer's! We All Are Being Exposed To Deadly Toxic Chemical Vapors Cause

Even The Officer's Are Bring IN The Chemicals To Make the Strip Sheets IN And Sanatisen Bottles At $500.00 Dollars A Pop - And Sealing The Strip Sheets For $500.00 Dollars A Pop, $100.00 Dollars For A Strip Land AND "ALOT" Of The Officer's Have Very Nice Car's AND Trucks That It Just Don't Seam That A TDCJ - Their Would Alow Them To Have, Federal Law Enforcement, FBI AND ATF - Agents Test Agents Need To Start A Criminal Intelligence Investigation Into The Public Servants That Work At The James Allred Unit - Pluss ON The 12-9-22 4 - Drones Was Landed ON The James Allred Unit And Warden's, Rank + Officers Got 2 - Of The Drone's With "ALOT" Of Drug's AND It Is Said That Officer's Was IN ON That To, "We Was ON Lock Down" AND Officer's Brought IN Fentanyl AND It Killed Some Offenders And Messed UP ALot Of Offenders Head, So We All Know There Is Alot Of Dirty Officers Work Here, One Day 12-D-68-Cell AND 12-D-57-Cell Was Smoking Embalming Fluid AND The Whole Cell Section Of Line-5 - Was Ingluffed IN Toxic Chemicals Vapors, I Ask Officer Sears To Turn ON The Perth Fans

To Suit out All of the Inits Inentials in pons And officer Sean's said NO I Wont Do That, But one of the warden's came By And was Asking Where The Smell was comming from And No one told him so He Made The Picked officer Turn on The Pearch Vent's, And told My Infend In 12-D-65 cell to send him A I-60 Letting Him Know Where The Smell was comming from!!! On This Unit There Is A Rivil Gang Thing Going on And I was told By The Black And Mexicons To Bow Down And I Told Them All To Suck My ———— x I Am A Rank Imperial Wizand, Member #00 And Owner of My K+K+K+K Group And A 8-Time Full Martial Artis And 5-Time Mixed Martial Artis And I Don't Bow Down To "NOBODY", But I'm Not In The Drug Game or The Sexual Pervert or Gay Stuff That Goes on, On This Unit, But To Each There Own, But I Won't Be Pushed Around or Bullyed By Crips, Blood or And one Else, Alot of The Officers Are In Gang's And They Act Just Like The Black & Mexicons Gang's Do! Well I Hope You'll Call The Warden But Who Knows They May All Be Dinty To feds Need To Over Run This Prison!!! Thank You Very Much for Your Time!!! over →

I Also Will Be Filing A Racial Discrimidation Civil Law Suit On Major Brandon Dishman, Capt Ihava's & Lt Benny- Cause The Whole One Year And A Month They Have Kept 7 to 8 Black's On The Line And Only One Or Two White's And One Or Two Spanish And Little Cuntis Acts Just Like A Black Person So We Been Racial Discrimination On By All Of This Rank, White's Can't Even Win A Travel Check Cause All The Black's Have All Say So And We Are Out Numbered And It's Like That All Over At Seg 12-BLD Cause Most Of The Officer's Bow Down To The Bloods & Crip's & Spanish Gangs, You May Not Wont To Belive Me But All Of This Is 100% True! Bloods, Crips & Spanish Gang's Cause Alot Of Problems And Catch Out From Line To Line And Rank Knows All About It! I've Never Seen So Many People That Work For TDCI-Be Towards And There The One's Who Supose To Have All Of The Control!



