IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **TRAVIS WAYNE MILLER,** § | | |
| **TDCJ No. 01170471,** § | | |
| § | | |
| **Plaintiff,** § | | |
| § | | |
| v. § | Civil Action No. 7:23-cv-034-O | |
| § | | |
| **MAJOR BRANDON DISHMAN, et al.,** § | | |
| § | | |
| **Defendants.** § | | |

## JUDGMENT

This action came on for consideration by the Court, and Plaintiff having failed to comply with the Court's order,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that the complaint is **DISMISSED** without prejudice pursuant to Rule 41(b), Federal Rules of Civil Procedure.

**SIGNED** this **5th day** of **May, 2023**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**